UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR00-00101T |
| | ) | |
| DWAIN BROWN | ) | |

MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Now comes Dwain Brown, the Defendant in the above captioned matter, and moves this Honorable Court to reduce his sentence pursuant to the retroactive amendment of U.S.S.G. § 2D1.1, in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Mr. Brown submits the attached memorandum of law in support of this motion.

Respectfully submitted
Dwain Brown
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Louis Matos, First Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on February 13, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR00-00101T |
| | ) | |
| DWAIN BROWN | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Mr. Brown has moved for a reduction of his sentence based on the recent retroactive amendment to the sentencing guidelines. The United States Sentencing Commission amended the guidelines pertaining to cocaine base offenses as of November 1, 2007. That amendment effectively lowered the guidelines by two offense levels. In December, 2007, the Commission made the amendment retroactive and thus creating the potential for lower sentences for individuals already serving sentences for cocaine base convictions.

Mr. Brown pled guilty to trafficking cocaine base on October 2, 2000. The probation department calculated his guideline range at 108 to 135 months of incarceration. On February 16, 2001, Mr. Brown appeared before the Court for sentencing and received a mid-range guideline sentence of 121 months in custody.

According to the Bureau of Prisons, Mr. Mangum is presently scheduled for release in April, 2009. Applying the 2 point decrease in offense level to Mr. Brown's situation results in a 24 month drop in the guideline mid-range from 121 to 97 months. Assuming a similar sentence reduction were granted by the Court, Mr. Brown is immediately eligible for release.

For these reasons the Court should grant this motion.

Respectfully submitted
Dwain Brown
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Louis Matos, First Assistant United States Attorney, and Kristen Mattias, United States Probation Officer, on February 13, 2008.

/s/ Kevin J. Fitzgerald